590

JULIUS STEINBERG et al., Respondents, v. ARTHUR D. ZINBERG, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Markewich and Tilzer, JJ.

PAULA GOULD, Respondent, v. JAY M. GOULD, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and Tilzer, JJ.